<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISON**

</div>

| | | |
|---|---|---|
| **BYRON KNOX,** | ) | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:24-cv-00607** |
| | ) | |
| **P&B CAPITAL GROUP, LLC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

<div align="center">

**<u>NOTICE OF PENDING SETTLEMENT</u>**

</div>

**COMES NOW**, Plaintiff, Byron Knox, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, P&B Capital Group, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.

Upon execution of the same, Plaintiff and Defendant will file the appropriate dismissal documents with the Court. The parties respectfully request that all pending deadlines in this matter be stayed pending finalization of the settlement.

**Respectfully submitted this the 3rd day of December 2024.**

<div style="margin-left: 50%;">

**<u>/s/ Noelle Sillmon</u>**
**NOELLE SILLMON**
**Counsel for the Plaintiff**
**Alabama Bar No.: 4074Y61Q**
**Legally Noelle Services, LLC.**
**P.O. Box 242141**
**Montgomery, AL 36124**
**(334) 513-1710**
**legally.noelle@gmail.com**

</div>

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 3, 2024, I electronically filed the foregoing document(s) with

the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered

CM/ECF users will be served electronically by the CM/ECF system and via email below.

P&B Capital Group, LLC
455 CENTER RD Suite 3
West Seneca, NY 14224
716-923-7666
sean@pandbcapitalgroup.com

/s/Noelle Sillmon
**Of Counsel**